IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:97cr13-TMH |
| | ) | [civil action. 2:00cv491] |
| JUANNISE LAMAR HILL | ) | WO |

**O R D E R**

On February 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the 28 U.S.C. motion, as amended (Docs. 375 and 379), and the motion pursuant to Fed.R.Civ.P. 60(b)(6) (Doc. 384) be and are hereby denied.

DONE this 9th day of March, 2006.

*Truman M. Hobbs*
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE