IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:97cr13-TMH |
| | ) | [civil action 2:00cv491] |
| JUANNISE LAMAR HILL | ) | WO |

**JUDGMENT**

In accordance with the court's order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the motion to vacate pursuant to 28 U.S.C. § 2255 filed by the petitioner is denied.

DONE this 9th day of March, 2006.

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE